## TIBOT *v.* EL REGISTRADOR DE LA PROPIEDAD.

### RECURSO gubernàtivo contra nota del Registrador de la Propiedad de San Juan.

No. 1.—Resuelto en marzo 20, 1904.

INSCRIPCIONES—TRASLADO DE LOS ANTIGUOS A LOS MODERNOS LIBROS DEL REGISTRO.—Las solicitudes de traslado de inscripciones, de los antiguos a los modernos libros del registro, presentadas por mandatarios verbales, debían ser ratificadas por los interesados dentro del año concedido para las traslaciones, y vencido ese término, no puede llevarse a efecto la ratificación que se interese.

#### EXPOSICIÓN DEL CASO.

*Visto* el presente recurso gubernativo interpuesto por el (*) abogado Don Cruz Castro, a nombre de Don José Ramón Tibot, contra negativa del registrador de la propiedad de esta capital a extender la nota de ratificación del traslado de un asiento de los antiguos a los modernos libros del registro.

*Resultando:* que presentado escrito al registrador de la propiedad de esta ciudad, por Don José Ramón Tibot, en 12 de enero último, para que hiciera constar en el registro, por medio de la oportuna nota marginal, la ratificación que prestaba el exponente a la inscripción del traslado de los antiguos a los modernos libros del registro de la propiedad de una hipoteca por valor de 1,600 escudos, que le pertenecía sobre una estancia denominada "Aurora," del término municipal de Bayamón, y cuyo traslado se había verificado a solicitud de Don Angel Fernández, como mandatario verbal del promovente, todo en cumplimiento, según se decía, de lo que disponía, sobre el particular, la Real Orden de 18 de junio de 1895, denegó el registrador la anotación solicitada, por los fundamentos que expresa la nota puesta al pie del escrito de referencia, y que copiada a la letra dice así:

"No admitida la extensión de la nota de ratificación solicitada en la precedente instancia, porque ni la Ley Hipotecaria, ni la Real

Orden de 18 de junio de 1895, autoriza a los interesados para ratificar inscripciones hechas en el registro, limitándose dicha Real Orden, respecto al particular, a disponer que las solicitudes de traslados presentadas por mandatarios verbales, sean ratificadas por los interesados dentro del año concedido para las traslaciones; no extendiéndose nota preventiva por no estar la operación solicitada, comprendida en la Ley y Reglamento Hipotecarios, ni en la Ley sobre recursos contra las resoluciones de los registradores. San Juan Bautista de Puerto Rico, enero 23 de 1904. El Registrador sustituto, Eduardo Acuña.''

*Resultando:* que notificada dicha nota al promovente Don José Ramón Tibot, pidió se elevara el documento a este Tribunal Supremo para la resolución correspondiente, por no estar conforme con la negativa del registrador de la propiedad,(*) y en su consecuencia, así lo verificó este funcionario con la oportuna comunicación, compareciendo después, por escrito, el abogado Don Cruz Castro, a nombre del interesado Don José Ramón Tibot, pidiendo se revoque dicha nota denegatoria y se declare procedente la ratificación solicitada.

Abogado del recurrente: *Sr. Cruz Castro.*

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Considerando:* que la Real Orden que se cita, en cuanto al particular a que se refiere el recurrente, lo que dispuso fué que las solicitudes de traslados, presentadas por mandatarios verbales, debían ser ratificadas por los interesados dentro del año concedido para las traslaciones, y que habiendo transcurrido con exceso el término dentro del cual debió hacerse la ratificación, y habiéndose practicado el traslado de la hipoteca a virtud de la solicitud presentada por Don Angel Fernández, como mandatario verbal del acreedor Don José Ramón Tibot, no hay ya términos hábiles para llevar a efecto la ratificación que por éste se interesa.

*Considerando:* que tampoco es de aplicación al caso la Real Orden, que también se cita, de 28 de noviembre de 1894.

*Se confirma* la nota denegatoria del registrador de la

propiedad de esta ciudad, y con copia de la presente resolución, devuélvansele los documentos presentados para su conocimiento y demás efectos.

Jueces concurrentes: Sres. Hernández, Figueras, Sulzbacher y MacLeary.